| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (310) 877-8828 | FOR COURT USE ONLY |
|---|---|---|
| Action Legal Team<br>13920 NW Passage #304<br>Marina del Rey, Ca 90292<br>ATTORNEY FOR  Plaintiff | | |

EASTERN DISTRICT, SACRAMENTO
501 I St.
Sacramento, CA 95814

SHORT TITLE OF CASE:
Clear View Enterprises, LLC v. Beauvil, Elizabeth Raquel

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>22-01119 |
|---|---|---|---|

## Declaration of Service

Ref. No. or File No:
Clear View Enterprises

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Complaint; Summons-Federal; Civil Case Cover Sheet; Order; Order**

On: **Global Empire Holdings, a Florida Limited Liability Company** By Serving CALVARESE PROFESSIONAL ACCOUNTING, Agent for Service

I served the summons at:

**6574 N State Road 7, 341  Coconut Creek, FL 33073**

On: **8/29/2022**           Date: **12:30 PM**

In the above mentioned action by substituted service and leaving with

**John Doe - would not provide first or last name (Gender: M Age: 30 Height: 5'8" Weight: 175 Race: White Hair: black Other: ) - Clerk**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Warren Sua**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **195.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Warren Sua                                          Date: 08/30/2022

Declaration of Service                              Invoice #: 6332033-03

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (310) 877-8828 | FOR COURT USE ONLY |
|---|---|---|
| Action Legal Team<br>13920 NW Passage #304<br>Marina del Rey, Ca 90292<br>ATTORNEY FOR  Plaintiff | | |
| EASTERN DISTRICT, SACRAMENTO<br>501 I St.<br>Sacramento, CA 95814 | | |
| SHORT TITLE OF CASE:<br>Clear View Enterprises, LLC v. Beauvil, Elizabeth Raquel | | |
| DATE:    TIME:    DEP./DIV. | | CASE NUMBER:<br>22-01119 |
| Declaration of Diligence | | Ref. No. or File No:<br>Clear View Enterprises |

United States District Court

Person to Serve: **Global Empire Holdings, a Florida Limited Liability Company**

Documents Received: **Complaint; Summons-Federal; Civil Case Cover Sheet; Order; Order**

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

**Aug 29 2022**    12:30 PM    6574 N State Road 7 341, Coconut Creek, FL 33073; Sub-Served on person in charge-- This is the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location

Person attempting service:

a. Name: **Warren Sua**
b. Address: **15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709**
c. Telephone number: **909-664-9577**
d. **The fee for this service was: 195.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Warren Sua      Date: 08/30/2022

Declaration of Diligence      Invoice #: 6332033-03

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Action Legal Team<br>13920 NW Passage #304<br>Marina del Rey, Ca 90292<br>ATTORNEY FOR   Plaintiff | (310) 877-8828 | |
| EASTERN DISTRICT, SACRAMENTO<br>501 I St.<br>Sacramento, CA 95814 | | |
| SHORT TITLE OF CASE:<br>Clear View Enterprises, LLC v. Beauvil, Elizabeth Raquel | | |
| DATE:           TIME:           DEP./DIV. | | CASE NUMBER:<br>22-01119 |
| Declaration of Service by Mail | | Ref. No. or File No:<br>Clear View Enterprises |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **08/30/2022**, I served the within:
**Complaint; Summons-Federal; Civil Case Cover Sheet; Order; Order**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**Global Empire Holdings, a Florida Limited Liability Company**
**6574 N State Road 7, 341  Coconut Creek, FL 33073**

Declarant:

  a. Name: **Karrington Hawkins**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **195.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



**Karrington Hawkins**                           Date: 08/30/2022

Declaration of Service by Mail                                        Invoice #: 6332033-03