| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br><br>Action Legal Team<br>13920 NW Passage #304<br>Marina del Rey, Ca 90292<br>ATTORNEY FOR  Plaintiff | TELEPHONE NUMBER<br>(310) 877-8828 | FOR COURT USE ONLY |
|---|---|---|
| EASTERN DISTRICT, SACRAMENTO<br>501 I St.<br>Sacramento, CA 95814 | | |
| SHORT TITLE OF CASE:<br>Clear View Enterprises, LLC v. Beauvil, Elizabeth Raquel | | |
| DATE:         TIME:         DEP./DIV. | | CASE NUMBER:<br>22-01119 |
| **Declaration of Service** | | Ref. No. or File No:<br>Clear View Enterprises |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:
**Complaint; Summons-Federal; Civil Case Cover Sheet; Order; Order**

On: **Elizabeth Raquel Beauvil aka Beauvil Raquel Beauvil**

I personally served the summons on the individual at:

**125 S Cottage St Apt 223,  Valley Stream, NY 11580**

On: **9/1/2022**           Date: **07:35 AM**

Person attempting service:

   a. Name: **Amir Levy**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **195.00**
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*[Signature]*
**Amir Levy**                                                       Date: **09/02/2022**