Michael N. Sofris, Esq.   SBN 170018
Action Legal Team
13920 NW Passage #304
Marina del Rey, Ca  90292
michaelsofris@gmail.com

Attorneys for Plaintiff Clear View Enterprises, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clear View Enterprises, LLC, a California Limited Liability Company,<br><br>             Plaintiff,<br><br>     v.<br><br>Elizabeth Raquel Beauvil aka Beauvil Raquel Beauvil; Global Empire Holdings, a Florida Limited Liability Company; Lawrence B. Albano; Chelsea Jones; Does 1-10, inclusive,<br><br>             Defendants. | Case No. 2:22-cv-01119-KJM-JDP<br><br>**ORDER ON STIPULATION TO DISMISSAL OF ELEVENTH, TWELFTH, THIRTEENTH, AND FOURTEENTH CAUSES OF ACTION (RICO CLAIMS) OF PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE** |

**ORDER**

**IT IS HEREBY ORDERED** that plaintiff's eleventh, twelfth, thirteenth and fourteenth claims under 18 USC 1962(a)-(d), Racketeering Influenced and Corrupt Organizations Act (RICO), are dismissed without prejudice as to defendants Lawrence B. Albano, Elizabeth Raquel Beauvil, and Global Empire Holdings.

/////

/////

/////

Accordingly, defendants' motion to dismiss plaintiff's RICO claims (ECF No. 9) is **denied as moot.** The motion hearing and status (pretrial scheduling) conference set for December 9, 2022 are **vacated**. The status conference is **reset** for December 15, 2022 and will proceed by video conference through the Zoom application. The parties' request to appear remotely (ECF No. 15) is **denied as moot**.

Dated: November 29, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE