UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Clear View Enterprises, LLC, a California Limited Liability Company,

    Plaintiff,

    v.

Elizabeth Raquel Beauvil aka Beauvil Raquel Beauvil et al.,

    Defendants.

No. No. 2:22-cv-01119-KJM-JDP

AMENDED ORDER

    Based on the parties' stipulation, the court ordered the dismissal of plaintiff's eleventh, twelfth, thirteenth and fourteenth claims under 18 U.S.C. § 1962(a)-(d), Racketeering Influenced and Corrupt Organizations Act (RICO).  Prior Order (Nov. 30, 2022), ECF No. 16.  On December 21, 2022, the parties submitted a notice of errata noting that while their stipulation provided that the RICO claims were asserted in the eleventh through fourteenth causes of action, the RICO claims are actually asserted in the twelfth through fifteenth causes of action.  Notice of Errata, ECF No. 22.

    The court may correct clerical mistakes.  *See* Fed. R. Civ. P. 60(a); *see also Tattersalls, Ltd. v. DeHaven*, 745 F.3d 1294, 1297 (9th Cir. 2014) (explaining Rule 60(a) is properly invoked to correct "blunders in execution" that prevented an order or judgment from achieving "what the court originally intended to do" (citations, quotation marks, and emphasis omitted)). Accordingly, the court's prior order at ECF No. 16 is amended as follows:  Plaintiff's twelfth,

1

1 | thirteenth, fourteenth and fifteenth claims under 18 U.S.C. § 1962(a)-(d), RICO, are dismissed
2 | without prejudice as to defendants Lawrence B. Albano, Elizabeth Raquel Beauvil and Global
3 | Empire Holdings.
4 |        IT IS SO ORDERED.
5 | DATED:  January 10, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE