1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   Clear View Enterprises,                          No. 2:22-cv-01119-KJM-JDP

12                    Plaintiff,                       ORDER

13         v.

14   Elizabeth Raquel Beauvil, et al.,

15                    Defendants.

16   _____

17        On July 11, 2025, the Clerk's Office entered the default of defendants Elizabeth Raquel

18   Beauvil and Tanpri Media & Arts Inc.  ECF Nos. 62, 63.  To date no motions for default

19   judgment have been filed.  Any motion for default judgment must be filed **within thirty days**.

20        IT IS SO ORDERED.

21   DATED:  September 9, 2025.

                                        _____
                                        SENIOR UNITED STATES DISTRICT JUDGE

                                           1