UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clear View Enterprises, LLP, | No. 2:22-cv-01119-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Elizabeth Beauvil, et al., | |
| Defendants. | |

Plaintiff Clear View Enterprises, LLP is pursuing claims in this action against defendants Elizabeth Beauvil, Global Empire Holdings LLC, Lawrence Albano, and Chelsea Jones. Albano and Global Empire Holdings later filed cross claims against Beauvil and Tanpri Media & Arts, Inc. The Clerk's Office entered the default of Beauvil and Tanpri in July 2025. ECF Nos. 62–63. On September 10, 2025, the court set a thirty-day deadline for any motion for default judgment. ECF No. 64. Clear View, Albano and Global Empire Holdings now stipulate and jointly request an extension of that deadline. ECF No. 65. They explain the claims against all defendants are intertwined and ask the court to defer consideration of a motion for default judgment until any damages can be ascertained. *Id.* at 3.

The stipulated request is **granted**. *See Garamendi v. Henin*, 683 F.3d 1069, 1082 (9th Cir. 2012) (summarizing rule that when defendants are "similarly situated," and one of them defaults, "judgment should not be entered against the defaulting defendant until the matter has been

1

1  adjudicated with regard to all defendants") (quoting *In Neilson v. Chang* (*In re First T.D. &*
2  *Investment, Inc.*), 253 F.3d 520, 532 (9th Cir. 2001)).
3      The deadline for motions for default judgment against Beauvil and Tanpri is extended to
4  thirty days from the date the court enters dismissal or judgment, as applicable, against cross-
5  claimants Albano and Global Empire Holdings.
6      IT IS SO ORDERED.
7  DATED: October 15, 2025.

UNITED STATES DISTRICT JUDGE